# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 11-278 |
| ) | |
| MARTIN JOSEPH SAUNDERS ) | |
| ) | |

## ORDER

AND NOW, this 15th day of October, 2013, it is hereby ORDERED, ADJUDGED and DECREED that the Consent Motion for Authorization to Destroy a Machine Gun and Ammunition motion is GRANTED; the Federal Bureau of Investigation shall destroy the seven (7) internal AR-15 components (an Auto Seer), 1 AR-15 bolt carrier and assembly, 1 box of 20 rounds of .223 caliber ammunition, and 2 rounds of 9mm Lugar ammunition.

                                                    */s/ Maurice B. Cohill, Jr.*
                                                    Maurice B. Cohill, Jr.
                                                    Senior United States District Judge