IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal No. 11-278 |
| MARTIN JOSEPH SAUNDERS, | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, this 31st day of March, 2014, upon consideration of the United States' Consent Motion for Authorization to Destroy Additional Two Rounds of Ammunition, it is hereby ORDERED that the motion is GRANTED, and that the Federal Bureau of Investigation shall destroy the additional 2 rounds of 9mm Lugar ammunition. The Federal Bureau of Investigation shall destroy a total of 4 rounds of 9mm Lugar ammunition.

Maurice B. Cohill, Jr.
United States District Judge