IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

vs.

NO: 11-278

MARTIN JOSEPH SAUNDERS,

Defendant.

### ORDER OF COURT

AND NOW, to wit, this 17th day of September, 2014, upon consideration of the foregoing Petition, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Petition to Terminate Probation shall be GRANTED.

_____
UNITED STATES DISTRICT JUDGE